DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KAREEM RIGAUD,** as Personal Representative of the
Estate of **CLIFFORD RIGAUD,**
Appellant,

v.

**GARY VANDELINDE** and **SCUBA SCHOOL AND DIVE CENTER, LLC**
d/b/a **PINEAPPLE SCUBA,**
Appellees.

No. 4D2024-1510

[November 13, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne E. Fahnestock, Judge; L.T. Case No. CACE21-021821.

Daniel M. Samson of Samson Appellate Law, Miami, for appellant.

Dinah Stein of Hicks, Porter, Ebenfeld & Stein, Miami, and Christopher F. Lanza of Christopher F. Lanza, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

MAY, GERBER and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***